# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-11863-ELF

JULIA C. MCCARTHA

3736 BONSALL AVENUE

DREXEL HILL, PA 19026

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JULIA C. MCCARTHA

    3736 BONSALL AVENUE

    DREXEL HILL, PA 19026

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    DILWORTH PAXSON LLP
    1500 MARKET ST., STE 3500 E.
    PHILADELPHIA, PA 19102-

Date: 9/22/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee