United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-11863-elf
Julia C. McCartha     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jan 04, 2023     Form ID: 155     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia C. McCartha, 3736 Bonsall Avenue, Drexel Hill, PA 19026-3014 |
| 14706070 | + | Marriott Empl Fed Cr U, 10400 Fernwood Rd Ste Ll, Bethesda, MD 20817-1102 |
| 14706072 | + | Marriott Employees' Federal Credit Union, 10400 Fernwood Rd Ste Ll, Bethesda, MD 20817-1102 |
| 14706858 | + | Rocket Mortgage, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14706587 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11TH FLOOR, Philadelphia, Philadelphia, PA 19107-3325 |
| 14706081 | + | Veritas Auto, 8616 Freeport Parkway, Irving, TX 75063-2575 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14706054 | + | Email/Text: bky@americanprofit.net | Jan 05 2023 00:10:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Road #333, Farmington Hills, MI 48331-3288 |
| 14706055 | + | Email/Text: bky@americanprofit.net | Jan 05 2023 00:10:00 | American Profit Recovery, 34505 W. 12 Mile Road, Farmington Hills, MI 48331-3258 |
| 14706056 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2023 00:14:22 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14706057 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2023 00:14:16 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14713943 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2023 00:14:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14706058 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 05 2023 00:10:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14706059 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 05 2023 00:10:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 14706061 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 05 2023 00:10:00 | Dept Of Ed/582/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 14706060 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 05 2023 00:10:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14706063 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 05 2023 00:14:16 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016-6097 |
| 14706062 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 05 2023 00:14:22 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 14706064 | + | Email/Text: bankruptcy@firstelectronic.com | Jan 05 2023 00:10:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 14706065 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 05 2023 00:10:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14706067 | + | Email/Text: bankruptcynotices@fifsg.com | Jan 05 2023 00:10:00 | First Investors Financial Dept, 3065 Akers Mill Road, Atlanta, GA 30339-3124 |
| 14706066 | + | Email/Text: bankruptcynotices@fifsg.com | Jan 05 2023 00:10:00 | First Investors Financial Dept, Attn: Bankruptcy, 3065 Akers Mill Rd Se, Ste 700, Atlanta, GA 30339-3124 |
| 14706069 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 05 2023 00:14:16 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14706068 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 05 2023 00:14:22 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14707250 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2023 00:14:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14706071 | + | Email/Text: MVCIBL@VACATIONCLUB.COM | Jan 05 2023 00:10:00 | Marriott Employees' Federal Credit Union, Attn: Bankruptcy, Po Box 6006, Bethesda, MD 20827-6006 |
| 14707922 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2023 00:14:16 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14722572 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2023 00:14:22 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14717941 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2023 00:10:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14706073 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 05 2023 00:10:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14706074 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 05 2023 00:10:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14706075 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2023 00:14:16 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14706076 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2023 00:14:16 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14706789 | ^ | MEBN | Jan 05 2023 00:06:37 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14711071 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 05 2023 00:10:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14708826 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 05 2023 00:10:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14706079 | | Email/Text: bankruptcy@springoakscapital.com | Jan 05 2023 00:10:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14706080 | | Email/Text: bankruptcy@springoakscapital.com | Jan 05 2023 00:10:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 14706077 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 05 2023 00:10:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14706078 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 05 2023 00:10:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 14712489 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 05 2023 00:10:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 14721728 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2023 00:14:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 35

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 04, 2023 | Form ID: 155 | Total Noticed: 41 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Julia C. McCartha bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Julia C. McCartha
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−11863−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 3, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Eric L. Frank
                                          Judge ,
                                          United States Bankruptcy Court

                                                                              41
                                                                            Form 155