**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Julia C. McCartha <br> _Debtor(s)_ | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. <br> _Movant_ <br> vs. | NO. 22-11863 PMM |
| Julia C. McCartha <br> _Debtor(s)_ <br><br> Kenneth E. West <br> _Trustee_ | 11 U.S.C. Section 362 |

## **ORDER**

AND NOW, this __19th__ day of __April__, 2023 at Philadelphia upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
_____
United States Bankruptcy Judge