CURTUSUNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :          **Chapter 13**

**JULIA C. McCARTHA,**                  :
                                                        :
                                                        :
    **Debtor[s]**                               :          Case No.  22-11863 (PMM)

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #57, the "Motion");

It is hereby **ordered** that

1)  The Motion is **granted**; and

2)  The Modified Plan (doc. #60) is **approved**.

Date:  September 13, 2023

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**