*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Julia C. McCartha
    Debtor(s)

Case No: 22–11863–pmm

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. Filed by Julia C. McCartha.

on: 1/10/24

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date:  12/5/23

For The Court

Timothy B. McGrath
Clerk of Court

67 – 66
Form 167