United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11863-pmm |
| Julia C. McCartha | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 05, 2023 | Form ID: 167 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia C. McCartha, 3736 Bonsall Avenue, Drexel Hill, PA 19026-3014 |
| 14706070 | + | Marriott Empl Fed Cr U, 10400 Fernwood Rd Ste Ll, Bethesda, MD 20817-1102 |
| 14706072 | + | Marriott Employees' Federal Credit Union, 10400 Fernwood Rd Ste Ll, Bethesda, MD 20817-1102 |
| 14706858 | + | Rocket Mortgage, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14706587 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11TH FLOOR, Philadelphia, Philadelphia, PA 19107-3325 |
| 14706081 | + | Veritas Auto, 8616 Freeport Parkway, Irving, TX 75063-2575 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14706054 | + | Email/Text: bky@americanprofit.net | Dec 06 2023 00:40:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Road #333, Farmington Hills, MI 48331-3288 |
| 14706055 | + | Email/Text: bky@americanprofit.net | Dec 06 2023 00:40:00 | American Profit Recovery, 34505 W. 12 Mile Road, Farmington Hills, MI 48331-3258 |
| 14706056 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2023 00:41:02 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14706057 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2023 00:41:27 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14713943 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 06 2023 00:41:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14706058 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 06 2023 00:40:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14706059 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 06 2023 00:40:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 14706061 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 06 2023 00:40:00 | Dept Of Ed/582/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 14706060 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 06 2023 00:40:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14706063 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 06 2023 00:41:14 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016-6097 |
| 14706062 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 06 2023 00:41:13 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 14706064 | + | Email/Text: bankruptcy@firstelectronic.com | Dec 06 2023 00:40:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 14706065 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 06 2023 00:40:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |

| Recipient | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14706067 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Dec 06 2023 00:40:00 | First Investors Financial Dept, 3065 Akers Mill Road, Atlanta, GA 30339-3124 |
| 14706066 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Dec 06 2023 00:40:00 | First Investors Financial Dept, Attn: Bankruptcy, 3065 Akers Mill Rd Se, Ste 700, Atlanta, GA 30339-3124 |
| 14706069 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 06 2023 00:41:02 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14706068 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 06 2023 00:41:15 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14707250 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 00:41:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14706071 | + | Email/Text: MVWBANKRUPTCY@MVWC.COM | Dec 06 2023 00:40:00 | Marriott Employees' Federal Credit Union, Attn: Bankruptcy, Po Box 6006, Bethesda, MD 20827-6006 |
| 14707922 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 00:41:06 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14722572 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 00:41:02 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14717941 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 06 2023 00:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14706073 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 06 2023 00:40:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14706074 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 06 2023 00:40:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14706075 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 00:41:03 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14706076 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 00:41:02 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14706789 | ^ | MEBN | Dec 06 2023 00:29:02 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14711071 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 06 2023 00:40:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14708826 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 06 2023 00:40:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14706079 | | Email/Text: bankruptcy@springoakscapital.com | Dec 06 2023 00:40:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14706080 | | Email/Text: bankruptcy@springoakscapital.com | Dec 06 2023 00:40:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 14706077 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 06 2023 00:40:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14706078 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 06 2023 00:40:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 14712489 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 06 2023 00:40:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 14721728 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 06 2023 00:41:14 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PYOD, LLC, Resurgent Capital Services, P.O. Box 19008, Greenville, SC 29602-9008 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:**

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

GEORGETTE MILLER
    on behalf of Debtor Julia C. McCartha bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Julia C. McCartha
    Debtor(s)

Case No: 22–11863–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. Filed by Julia C. McCartha.

    on: 1/10/24

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/5/23

Timothy B. McGrath
Clerk of Court