

| #011555 - Julia McCartha | | | | | Voucher #(19522) | | | Pay Date: 05/05/2022 | |
| DV/66/Kitchen/Dunwoody Vil | | | | | Type: Regular | | | Pay Period: 04/17/2022-04/30/2022 | |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Rei | | | | | 75.00 |
| Sala | 47.69 | 75.00 | 375.00 | 3,576.75 | 16,846.50 |
| **Gross Pay** | | | | 3,576.75 | 16,846.50 |
| Hours Paid | | 75.00 | 375.00 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| PreDental | 33.36 | 33.36 |
| PreHealth | 270.82 | 270.82 |
| 403b | 107.30 | 107.30 |
| **Total** | 411.48 | 411.48 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,165.27 | 16,435.02 | 305.94 | 1,663.60 |
| FICA | 3,272.57 | 16,542.32 | 202.90 | 1,025.62 |
| MEDI | 3,272.57 | 16,542.32 | 47.45 | 239.86 |
| SIT:PA | 3,272.57 | 16,542.32 | 100.47 | 507.85 |
| SUI:PA | 3,576.75 | 16,846.50 | 2.15 | 10.12 |
| Newtown, | 3,272.57 | 16,542.32 | 2.00 | 10.00 |
| Newtown, | 3,272.57 | 16,542.32 | | |
| **Total** | | | 660.91 | 3,457.05 |

**Net Pay**

| | Current | YTD |
|---|---|---|
| | 2,504.36 | 13,052.97 |
| Checking (1154) | 2,504.36 | 13,052.97 |

**Company Paid Benefits** [1]

| | Current | YTD |
|---|---|---|
| FICA | 202.90 | 1,025.62 |
| MEDI | 47.45 | 239.86 |
| SUTA:PA | | |
| **Total** | 250.35 | 1,265.48 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 04/18/2022 | | | | 7.50 |
| Tue, 04/19/2022 | | | | 7.50 |
| Wed, 04/20/2022 | | | | 7.50 |
| Thu, 04/21/2022 | | | | 7.50 |
| Fri, 04/22/2022 | | | | 7.50 |
| Mon, 04/25/2022 | | | | 7.50 |
| Tue, 04/26/2022 | | | | 7.50 |
| Wed, 04/27/2022 | | | | 7.50 |
| Thu, 04/28/2022 | | | | 7.50 |
| Fri, 04/29/2022 | | | | 7.50 |

**Accruals**

| | Bal. | Accd/PP | Tkn/PP |
|---|---|---|---|
| Floating Holiday | Hrs: 60.00 | 0.00 | 0.00 |
| Holiday | Hrs: 0.00 | 0.00 | 0.00 |
| Personal | Hrs: 0.00 | 0.00 | 0.00 |
| Sick | Hrs: 14.40 | 2.88 | 0.00 |
| Vacation | Hrs: 21.64 | 4.33 | 0.00 |

[1] For information purposes only. No effect on your net pay.

Dunwoody Village Inc. 3500 West Chester Pike, Newtown Square, PA 19073     1 of 1

**Dunwoody Village Inc.**
3500 West Chester Pike
Newtown Square, PA 19073


DUNWOODY VILLAGE

| Pay Date: | 05/05/2022 |
| Voucher #: | (19522) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Julia McCartha | 1 | Checking | XXXXXXXX1154 | 255083597 | 2,504.36 |

DV/66/Kitchen/Dunwoody Vil  011555  05/05/2022  (19522)

**Julia McCartha**
3736 Bonsall Ave.
Drexel Hill, PA 19026

**Non-Negotiable - This Is Not A Check**

**Dunwoody Village Inc.**
3500 West Chester Pike
Newtown Square, PA 19073

DV/66/Kitchen/Dunwoody Vil  011555  05/05/2022  (19522)

**Julia McCartha**
3736 Bonsall Ave.
Drexel Hill, PA 19026

**Personal & Confidential**

| #011555 - Julia McCartha | Voucher #(19963) | Pay Date: 05/19/2022 |
|---|---|---|
| DV/66/Kitchen/Dunwoody Vil | Type: Regular | Pay Period: 05/01/2022-05/14/2022 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Rei | | | | | 75.00 |
| Sala | 47.69 | 75.00 | 450.00 | 3,576.75 | 20,423.25 |
| **Gross Pay** | | | | 3,576.75 | 20,423.25 |
| Hours Paid | | 75.00 | 450.00 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| PreDental | 33.36 | 66.72 |
| PreHealth | 270.82 | 541.64 |
| 403b | 107.30 | 214.60 |
| **Total** | 411.48 | 822.96 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,165.27 | 19,600.29 | 305.94 | 1,969.54 |
| FICA | 3,272.57 | 19,814.89 | 202.90 | 1,228.52 |
| MEDI | 3,272.57 | 19,814.89 | 47.45 | 287.31 |
| SIT:PA | 3,272.57 | 19,814.89 | 100.47 | 608.32 |
| SUI:PA | 3,576.75 | 20,423.25 | 2.15 | 12.27 |
| Newtown, | 3,272.57 | 19,814.89 | 2.00 | 12.00 |
| Newtown, | 3,272.57 | 19,814.89 | | |
| **Total** | | | 660.91 | 4,117.96 |

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | 2,504.36 | 15,557.33 |
| Checking (1154) | 2,504.36 | 15,557.33 |

### Company Paid Benefits [1]

| | Current | YTD |
|---|---|---|
| FICA | 202.90 | 1,228.52 |
| MEDI | 47.45 | 287.31 |
| SUTA:PA | | |
| **Total** | 250.35 | 1,515.83 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 05/02/2022 | | | | 7.50 |
| Tue, 05/03/2022 | | | | 7.50 |
| Wed, 05/04/2022 | | | | 7.50 |
| Thu, 05/05/2022 | | | | 7.50 |
| Fri, 05/06/2022 | | | | 7.50 |
| Mon, 05/09/2022 | | | | 7.50 |
| Tue, 05/10/2022 | | | | 7.50 |
| Wed, 05/11/2022 | | | | 7.50 |
| Thu, 05/12/2022 | | | | 7.50 |
| Fri, 05/13/2022 | | | | 7.50 |

### Accruals

| | Bal. | Accd/PP | Tkn/PP |
|---|---|---|---|
| Floating Holiday | Hrs: 60.00 | 0.00 | 0.00 |
| Holiday | Hrs: 0.00 | 0.00 | 0.00 |
| Personal | Hrs: 0.00 | 0.00 | 0.00 |
| Sick | Hrs: 17.28 | 2.88 | 0.00 |
| Vacation | Hrs: 25.97 | 4.33 | 0.00 |

[1] For information purposes only. No effect on your net pay.

Dunwoody Village Inc. 3500 West Chester Pike, Newtown Square, PA 19073    1 of 1

---

**Dunwoody Village Inc.**
3500 West Chester Pike
Newtown Square, PA 19073


DUNWOODY VILLAGE

| Pay Date: | 05/19/2022 |
|---|---|
| Voucher #: | (19963) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Julia McCartha | 1 | Checking | XXXXXXXX1154 | 255083597 | 2,504.36 |

DV/66/Kitchen/Dunwoody Vil  011555  05/19/2022  (19963)

**Julia McCartha**
3736 Bonsall Ave.
Drexel Hill, PA 19026

**Non-Negotiable - This Is Not A Check**

---

**Dunwoody Village Inc.**
3500 West Chester Pike
Newtown Square, PA 19073

DV/66/Kitchen/Dunwoody Vil  011555  05/19/2022  (19963)

**Julia McCartha**
3736 Bonsall Ave.
Drexel Hill, PA 19026

**Personal & Confidential**



| #011555 - Julia McCartha | | | | | Voucher #(20415) | | Pay Date: 06/02/2022 | |
|---|---|---|---|---|---|---|---|---|
| DV/66/Kitchen/Dunwoody Vil | | | | | Type: Regular | | Pay Period: 05/15/2022-05/28/2022 | |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Rei | | | | | 75.00 |
| Sala | 47.69 | 75.00 | 525.00 | 3,576.75 | 24,000.00 |
| **Gross Pay** | | | | 3,576.75 | 24,000.00 |
| Hours Paid | | 75.00 | 525.00 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| PreDental | 33.36 | 100.08 |
| PreHealth | 270.82 | 812.46 |
| 403b | 107.30 | 321.90 |
| **Total** | 411.48 | 1,234.44 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,165.27 | 22,765.56 | 305.94 | 2,275.48 |
| FICA | 3,272.57 | 23,087.46 | 202.90 | 1,431.42 |
| MEDI | 3,272.57 | 23,087.46 | 47.45 | 334.76 |
| SIT:PA | 3,272.57 | 23,087.46 | 100.47 | 708.79 |
| SUI:PA | 3,576.75 | 24,000.00 | 2.15 | 14.42 |
| Newtown, | 3,272.57 | 23,087.46 | 2.00 | 14.00 |
| Newtown, | 3,272.57 | 23,087.46 | | |
| **Total** | | | 660.91 | 4,778.87 |

**Net Pay**

| | Current | YTD |
|---|---|---|
| | 2,504.36 | 18,061.69 |
| Checking (1154) | 2,504.36 | 18,061.69 |

**Company Paid Benefits**

| | Current | YTD |
|---|---|---|
| FICA | 202.90 | 1,431.42 |
| MEDI | 47.45 | 334.76 |
| SUTA:PA | | |
| **Total** | 250.35 | 1,766.18 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 05/16/2022 | | | | 7.50 |
| Tue, 05/17/2022 | | | | 7.50 |
| Wed, 05/18/2022 | | | | 7.50 |
| Thu, 05/19/2022 | | | | 7.50 |
| Fri, 05/20/2022 | | | | 7.50 |
| Mon, 05/23/2022 | | | | 7.50 |
| Tue, 05/24/2022 | | | | 7.50 |
| Wed, 05/25/2022 | | | | 7.50 |
| Thu, 05/26/2022 | | | | 7.50 |
| Fri, 05/27/2022 | | | | 7.50 |

**Accruals**

| | Bal. | Accd/PP | Tkn/PP |
|---|---|---|---|
| Floating Holiday | Hrs: 60.00 | 0.00 | 0.00 |
| Holiday | Hrs: -7.50 | 0.00 | 0.00 |
| Personal | Hrs: 0.00 | 0.00 | 0.00 |
| Sick | Hrs: 20.16 | 2.88 | 0.00 |
| Vacation | Hrs: 30.29 | 4.33 | 0.00 |

[1] For information purposes only. No effect on your net pay.

Dunwoody Village Inc. 3500 West Chester Pike, Newtown Square, PA 19073          1 of 1

**Dunwoody Village Inc.**
3500 West Chester Pike
Newtown Square, PA 19073


**DUNWOODY VILLAGE**

| Pay Date: | 06/02/2022 |
|---|---|
| Voucher #: | (20415) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Julia McCartha | 1 | Checking | XXXXXXXX1154 | 255083597 | 2,504.36 |

DV/66/Kitchen/Dunwoody Vil  011555  06/02/2022  (20415)

**Julia McCartha**
3736 Bonsall Ave.
Drexel Hill, PA 19026

**Non-Negotiable - This Is Not A Check**

**Dunwoody Village Inc.**
3500 West Chester Pike
Newtown Square, PA 19073

DV/66/Kitchen/Dunwoody Vil  011555  06/02/2022  (20415)

**Julia McCartha**
3736 Bonsall Ave.
Drexel Hill, PA 19026

**Personal & Confidential**





{{{Missing paystub 6/12-6/25}}}



| #011555 - Julia McCartha | | | | | Voucher #(22155) | | Pay Date: 07/14/2022 | |
| DV/66/Kitchen/Dunwoody Vil | | | | | Type: Regular | | Pay Period: 06/26/2022-07/09/2022 | |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Hol | 47.69 | 7.50 | 15.00 | 357.68 | 715.36 |
| Rei | | | | | 75.00 |
| Sala | 47.69 | 67.50 | 735.00 | 3,219.07 | 34,014.89 |
| **Gross Pay** | | | | **3,576.75** | **34,730.25** |
| Hours Paid | | 75.00 | 750.00 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| PreDental | 33.36 | 200.16 |
| PreHealth | 270.82 | 1,624.92 |
| 403b | 107.30 | 643.80 |
| **Total** | **411.48** | **2,468.88** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,165.27 | 32,261.37 | 305.94 | 3,193.30 |
| FICA | 3,272.57 | 32,905.17 | 202.90 | 2,040.12 |
| MEDI | 3,272.57 | 32,905.17 | 47.45 | 477.11 |
| SIT:PA | 3,272.57 | 32,905.17 | 100.47 | 1,010.20 |
| SUI:PA | 3,576.75 | 34,730.25 | 2.15 | 20.87 |
| Newtown, | 3,272.57 | 32,905.17 | 2.00 | 20.00 |
| Newtown, | 3,272.57 | 32,905.17 | | |
| **Total** | | | **660.91** | **6,761.60** |

| **Net Pay** | | **2,504.36** | **25,574.77** |
|---|---|---|---|
| Checking (1154) | | 2,504.36 | 25,574.77 |

**Company Paid Benefits** [1]

| | Current | YTD |
|---|---|---|
| FICA | 202.90 | 2,040.12 |
| MEDI | 47.45 | 477.11 |
| SUTA:PA | | |
| **Total** | **250.35** | **2,517.23** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 06/27/2022 | | | | 7.50 |
| Tue, 06/28/2022 | | | | 7.50 |
| Wed, 06/29/2022 | | | | 7.50 |
| Thu, 06/30/2022 | | | | 7.50 |
| Fri, 07/01/2022 | | | | 7.50 |
| Mon, 07/04/2022 | Holiday | | | 7.50 |
| Tue, 07/05/2022 | | | | 7.50 |
| Wed, 07/06/2022 | | | | 7.50 |
| Thu, 07/07/2022 | | | | 7.50 |
| Fri, 07/08/2022 | | | | 7.50 |

**Accruals**

| | Bal. | Accd/PP | Tkn/PP |
|---|---|---|---|
| Floating Holiday | Hrs: 15.00 | 0.00 | 0.00 |
| Holiday | Hrs: 22.50 | 7.50 | 7.50 |
| Personal | Hrs: 0.00 | 0.00 | 0.00 |
| Sick | Hrs: 28.80 | 2.88 | 0.00 |
| Vacation | Hrs: 43.28 | 4.33 | 0.00 |

[1] For information purposes only. No effect on your net pay.

Dunwoody Village Inc. 3500 West Chester Pike, Newtown Square, PA 19073                    1 of 1

**Dunwoody Village Inc.**
3500 West Chester Pike
Newtown Square, PA 19073


**DUNWOODY VILLAGE**

| Pay Date: | 07/14/2022 |
|---|---|
| Voucher #: | (22155) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Julia McCartha | 1 | Checking | XXXXXXXX1154 | 255083597 | 2,504.36 |

DV/66/Kitchen/Dunwoody Vil  011555  07/14/2022  (22155)

**Julia McCartha**
3736 Bonsall Ave.
Drexel Hill, PA 19026

**Non-Negotiable - This Is Not A Check**

**Dunwoody Village Inc.**
3500 West Chester Pike
Newtown Square, PA 19073

DV/66/Kitchen/Dunwoody Vil  011555  07/14/2022  (22155)

**Julia McCartha**
3736 Bonsall Ave.
Drexel Hill, PA 19026

**Personal & Confidential**