**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                      :   CHAPTER 13

Julia C. McCartha

                         :
                         :
                         :
                         :   BANKRUPTCY NO.  22-11863-pmm

               Debtor (s)

### P R A E C I P E TO WITHDRAW DOCUMENT(S)

TO THE CLERK

 Kindly withdraw docket Entry No(s).89

                                        Respectfully submitted,

Date: January 9, 2025                      /s/ Kenneth E. West, Esquire
                                         Kenneth E. West, Esquire
                                         Chapter 13 Standing Trustee
                                         P.O. Box 40837
                                         Philadelphia, PA  19107