**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  Julia McCartha** | : | **Chapter 13** |
| | : | |
| **Debtor(s),** | : | **Bankruptcy No.  22-11863-pmm** |

# ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 93 the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 96) is **approved**.

**Date:**

———————————————————
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**