**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Julia McCartha                                CHAPTER 13

    DEBTOR(S)                                BANKRUPTCY NO: 22-11863

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of Motion to Modify Plan Post-Petition as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor's Motion to Modify Plan.

    I respectfully request that the Court enter the attached Order.


Dated: April 11, 2025                    /s/ Michelle Lee, Esq.
                                         Dilworth Paxson LLP
                                         1650 Market Street, Suite 1200
                                         Philadelphia, PA 19103