L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Julia McCartha | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Bky. No. 22-11863 |

* * * * * * *

### CERTIFICATION OF SERVICE

    I, Michelle Lee, certify that on May 19, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Chapter 13 Plan Certificate of Service

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 19, 2025

/s/ Michelle Lee
DILWORTH PAXSON LLP
Michelle Lee, Esq.
1650 Market Street, Suite 1200
Philadelphia, PA 19103

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary).

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth West | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other |
| Julia McCartha<br>3736 Bonsall Avenue<br>Drexel Hill, PA 19026 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other |