**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :
                                          :    Chapter 13
Julia McCartha                            :
                                          :    Case No. 22-11863
                                          :
                    Debtor(s).            :

**SUPPLEMENTAL NOTICE OF APPLICATION FOR APPROVAL OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**BY DEBTOR(S) COUNSEL**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL
PARTIES IN INTEREST: N0TICE IS GIVEN

That Michelle Lee, Esquire, attorney for the Debtor(s) in the above-captioned case has filed

a Motion for Allowance of Compensation and Reimbursement of Expenses with the United States

Bankruptcy Court seeking approval of Counsel fees and expenses in the sum of $5882.00 for

services rendered and expenses incurred on behalf of the Debtor(s) in this matter.

That the above listed Motion for Allowance of Compensation along with supporting

documentation is on file with the Clerk, United States Bankruptcy Court, U.S. Courthouse, 900

Market Street, Philadelphia, PA 19107 and is available there for inspection.

That any answer, objection or responsive pleading with respect to aforesaid Motion be filed

with the Court served upon Counsel for the Debtor(s) within fourteen (14) days of the date of this

notice.

That in the absence of any answer, objection, or responsive pleading the Debtor(s) Counsel

will certify that this Motion is unopposed and that an Order maybe signed granting the relief

requested.

1

Dated:   June 3, 2025

/s/  Michelle Lee

**DILWORTH PAXSON LLP**

Michelle Lee, Esquire
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
bky@dilworthlaw.com