**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Julia McCartha** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR(S),** | : | **CASE NO. 22-11863** |

**PRAECIPE TO WITHDRAW**

To the Clerk,

Kindly withdraw Debtor's Certificate of No Response to supplemental application for compensation filed on August 6, 2025, Docket Number 113.

Dated: August 6, 2025                                    Respectfully Submitted,

/s/ Michelle Lee

Michelle Lee, Esq.
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103

{00362533;v1}