## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Julia C. McCartha,** | : | **Case No. 11863 (PMM)** |
| | : | |
| **Debtor.** | : | |

### ORDER TO SHOW CAUSE WHY FEE APPLICATION SHOULD NOT BE DENIED

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. #106, the "Application") filed by counsel for the Debtor, Michelle Lee (the "Applicant");

AND counsel having failed to file a Certificate of no Response, see doc. #'s 112, 113, 114;

AND counsel having failed to file time records in support of the application, see L.B.R. 2016-2;

It is therefore hereby **ORDERED** that Debtor's Counsel **SHALL APPEAR** for a hearing on **Wednesday, March 11, 2026 at 1:00 p.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why the Application should not be **denied**.

Failure to appear for the hearing may result in **denial** of the Application without further notice or hearing.

**Date:  2/24/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**