United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-11863-pmm |
|---|---|
| Julia C. McCartha | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Julia C. McCartha, 3736 Bonsall Avenue, Drexel Hill, PA 19026-3014 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE LEE | |

District/off: 0313-2                     User: admin                                          Page 2 of 2

Date Rcvd: Feb 24, 2026                  Form ID: pdf900                                      Total Noticed: 1

on behalf of Debtor Julia C. McCartha bky@dilworthlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Julia C. McCartha,** | : | **Case No. 11863 (PMM)** |
| | : | |
| **Debtor.** | : | |

### ORDER TO SHOW CAUSE WHY FEE APPLICATION SHOULD NOT BE DENIED

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. #106, the "Application") filed by counsel for the Debtor, Michelle Lee (the "Applicant");

AND counsel having failed to file a Certificate of no Response, see doc. #'s 112, 113, 114;

AND counsel having failed to file time records in support of the application, see L.B.R. 2016-2;

It is therefore hereby **ORDERED** that Debtor's Counsel **SHALL APPEAR** for a hearing on **Wednesday, March 11, 2026 at 1:00 p.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why the Application should not be **denied**.

Failure to appear for the hearing may result in **denial** of the Application without further notice or hearing.

Date:  2/24/26

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**