**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Julia McCartha                    CHAPTER 13

      DEBTOR(S)                    BANKRUPTCY NO: 22-11863

<u>**CERTIFICATION OF NO RESPONSE**</u>

      I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>June 3, </u>2025, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.

Dated: 3/10/2026                    <u>/s/ Michelle Lee, Esq.</u>
                               Dilworth Paxson LLP
                               1650 Market Street, Suite 1200
                               Philadelphia, PA 19103
                               bky@dilworthlaw.com