## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **Julia C. McCartha** | : | **Chapter 13** |
| | : | |
| | : | **Case No.   22-11863 (PMM)** |
| | : | |
| **Debtor.** | : | |

## ORDER

**AND NOW** a hearing with regard to the Order to Show Cause (doc. #116) having been

held on March 11, 2026;

**AND** for the reasons discussed at the hearing;

It is hereby **ORDERED** that counsel for the Debtor must file detailed time records in

support of the Supplemental Application for Compensation (doc. #106) **on or before March 19,**

**2026**.

Date:  3/12/26

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**