McCartha Timeslips

Motion for Relief

| Date | Description | Time |
|---|---|---|
| 03/07/2023 | Review Motion for Relief from Stay; check Zillow; check loan docs; T/C Debtor re why fall behind;  check NDC; email Denise re payment history request | .5 |
| 03/08/2023 | Email exchange Denise re MFR | .1 |
| 03/10/2023 | Email exchange Debtor; email exchange Denise re MFR | .2 |
| 03/13/2023 | Email Denise re MFR; email Doris re MFR; email Debtor re MFR | .2 |
| 03/14/2023 | Email Denise re MFR | .1 |
| 03/18/2023 | Email exchange Denise re MFR; Email Doris re MFR/trustee/value | .1 |
| 03/19/2023 | T/C D re HAF/loan modification/mfr | .4 |
| 03/23/2023 | Prepare & File Response to MFR; check docs from Debtor | .9 |
| 03/23/2023 | Email exchange Denise re MFR | .1 |
| 03/26/2023 | Email exchange Denise re MFR | .1 |

| | | |
|---|---|---|
| 03/27/2023 | Email exchange Denise re MFR; continue hearing | .1 |
| 03/28/2023 | Email exchange Denise re MFR; email Doris re resolution MFR | .1 |
| 04/05/2023 | Email exchange Denise re MFR/settlement | .1 |
| 04/08/2023 | Email exchange Denise re MFR/settlement | .1 |
| 04/09/2023 | Email exchange Denise re MFR/settlement; T/C Debtor re income/expenses | .4 |
| 04/11/2023 | Email exchange Denise re MFR/settlement | .1 |
| 04/13/2023 | Email exchange Denise re MFR/settlement; email Debtor; Email Doris | .1 |
| 04/14/2023 | Email exchange Denise re MFR/settlement; review figures for stip | .3 |
| 04/16/2023 | Review stip w. debtor; income/expenses | .3 |
| 04/17/2023 | Email exchange Denise re MFR/stipulation; email Doris re signature from Debtor | .1 |

| | | |
|---|---|---|
| 04/18/2023 | Email Denise re stip; T/C Debtor re question re MFR/COD | .1 |
| | **Total $350 @ 4.5 hours = $1575** | **4.5 hours** |

| | | |
|---|---|---|
| **Motion to Modify Plan** | | |
| 04/19/2023 | Email D re MTMP requirements; income concerns | .1 |
| 06/08/2023 | Email D re MTMP; email Doris re follow-up | .1 |
| 06/10/2023 | Email exchange Doris re income issue; D need appty | .1 |
| 07/11/2023 | Email exchange Doris re utility & tuition issue; schedule appty; | .1 |
| 07/11/2023 | TC D re income/expenses re tuition/utility; refiling; | .8 |
| 07/19/2023 | Email D re MTMP | .1 |
| 07/30/2023 | Email exchange Doris re MTMP; final notice to D | .1 |

| | | |
|---|---|---|
| 08/11/2023 | Prepare & File MTMP; Amend I/J; Amend Plan; meet w. Debtor | 1.5 |
| 09/11/2023 | Email trustee; review NDC; check plan/I/J; file CNR | .3 |
| 09/12/2023 | Check-in to MTMP hearing; granted | .1 |
| | **Total: $350 @ 3.3 hour = $1155** | **3.3** |
| **Certificate of Default** | | |
| 11/07/2023 | Email exchange Doris re Notice of Default | .1 |
| 11/11/2023 | Email exchange Doris re Notice of Default | .1 |
| 11/18/2023 | Email exchange Doris re Notice of Default; no payment | .1 |
| 11/27/2023 | Email exchange Doris re Notice of Default; no appty | .1 |
| 12/01/2023 | Certification of Default review; email Mike; TC D re no payment; need response quickly | .3 |
| 12/05/2023 | File Response to COD | .1 |

| | | |
|---|---|---|
| 12/05/2023 | TC D re COD | .2 |
| 12/07/2023 | Email Mike re COD | .1 |
| 12/14/2023 | Email Mike re COD; request loan mod application | .1 |
| 12/18/2023 | Email exchange Mike re COD | .2 |
| 12/22/2023 | Email Mike re COD; email Doris re COD | .1 |
| 12/28/2023 | Email Mike re COD; advise on vacation | .1 |
| 01/07/2024 | Email exchange Mark re Mike/Brian gone; request stip update; will continue hearing | .1 |
| 01/12/2024 | Email exchange Mark re COD | .2 |
| 01/19/2024 | Email exchange Mark re COD | .1 |
| 01/26/2024 | Email exchange Mark re COD; email Doris; email Debtor | .1 |
| 01/27/2024 | Email exchange Mark re COD | .1 |
| 01/31/2024 | Email Mark; Email Doris re COD | .1 |
| 02/08/2024 | Email Mark; Email Doris re COD | .1 |

| | | |
|---|---|---|
| 02/10/2024 | Email Mark; Email exchange Debtor | .1 |
| 02/12/2024 | T/C D re stipulation; email Mark | .2 |
| 02/13/2024 | Email exchange Mark re stipulation; hearing continue confirmed | .2 |
| | **Total: $350 @ 2.9 hr = $1015** | 2.9 hour |
| | | |
| **HAF/Loan Modification/MTD** | | |
| 01/27/2024 | Meet w. Debtor; prepare HAF application; <br><br> prepare loan modification application | 3.1 |
| 01/30/2024 | Email exchange D re HAF | .2 |
| 02/03/2024 | Email exchange D re HAF; loan modification | .2 |
| 02/08/2024 | Email exchange D re HAF/loan mod; email Doris re HAF/loan mod | .2 |
| 02/09/2024 | Email exchange Doris re additional docs | .1 |

| | | |
|---|---|---|
| 02/12/2024 | Review additional docs; T/C Rase @ PHFA; T/C Mark re loan mod | .3 .5 .3 |
| 02/14/2024 | Email exchange D re HAF/loan mod; email Doris re HAF/loan mod | .2 |
| 02/15/2024 | Email exchange Doris re follow-up HAF/taxes/utilities | .3 |
| 02/20/2024 | Email exchange D re HAF/loan mod; TC Mark re issue w loan mod | .4 |
| 02/22/2024 | Email exchange Doris re HAF/loan mod; Email exchange Mark; TC Phoenix @ PAHAF | .2 .5 |
| 02/23/2024 | Email exchange D re HAF/loan mod status; reminder re trustee payment | .1 |
| 03/03/2024 | Check updated docs; ok to upload | .2 |
| 03/14/2024 | Confirm status of loan mod/HAF update; NDC; email exchange James Woods re taxes for HAF | .3 |
| 04/04/2024 | TC Doris re update on HAF/loan mod; D behind trustee payment; to send letter | .3 |

| 05/14/2024 | MTD filed; email Doris; check ndc; | .1 | |
| 05/20/2024 | Email exchange D re status of MTD; loan mod | .1 | |
| 05/24/2024 | Email exchange Denise re Notice of default; loan mod; HAF | .1 | |
| 06/01/2024 | Email exchange Doris/Debtor re MTD; refiling; status of haf/loan mod; additional docs | .1 | |
| 06/13/2024 | Tc D re Income; paystubs; | .2 | |
| 06/14/2024 | TC James re taxes/bk filing<br><br>TC D re HAF | .2<br><br>.2 | |
| 07/02/2024 | Email Doris re MTD | .1 | |
| 07/09/2024 | Call-in; request continuance | .2 | |
| 08/26/2024 | Request continuance | .1 | |
| 10/08/2024 | Appear at hearing; request continuance;<br><br>File HAF appeal | .3<br><br>1 | |
| 11/18/2024 | Request continuance re MTD | .1 | |
| 11/30/2024 | Email exchange Doris re MTD | .1 | |

| | | |
|---|---|---|
| 01/06/2025 | T/C D re status of loan mod/mtd/HAF/utilities/MTMP | 1 |
| 01/07/2025 | Attend hearing re MTD | .3 |
| 01/15/2025 | Email trustee re new MTD? | .1 |
| 01/20/2025 | TC Rase re HAF grant; additional doc; utilities; taxes; arrears | .4 |
| 01/24/2025 | Email exchange Denise re HAF figures | .2 |
| 01/27/2025 | Email exchange Denise re HAF figures | .1 |
| 01/28/2025 | Email exchange Denise re HAF figures | .1 |
| 02/10/2025 | Email exchange Denise re HAF; email re Rase re HAF grant; email James re taxes | .2 |
| 02/28/2025 | Finalize HAF; withdraw loan mod; email Doris; email debtor; email denise | .5 |
| 03/03/2025 | Prepare & file MTMP; amend plan; check POCs; amend I/J; | 1.3 |
| 03/04/2025 | Attend hearing; adv MTMP filed | .3 |
| 05/19/2025 | Amend Plan; TC Debtor; | .4 |

| | **Total: $350 @ 15.2 = $5320** | 15.2  hr |
|---|---|---|